ACCEPTED
03-14-00252-CR
4737453
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/1/2015 9:29:54 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00252-CR

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/1/2015 9:29:54 PM
JEFFREY D. KYLE
Clerk

# IN THE COURT OF APPEALS
# FOR THE THIRD DISTRICT OF TEXAS
# AT AUSTIN

**JOHN JOSEPH FOSTER**
Appellant

**V.**

**THE STATE OF TEXAS**
Appellee

## MOTION TO EXTEND TIME FOR FILING STATE'S BRIEF

JAMES J. LAMARCA
Assistant County Attorney
Williamson County, Texas
State Bar No. 24074568
405 Martin Luther King, # 7
Georgetown, Texas  78626
PHONE:  (512) 943-1111
FAX:  (512) 943-1120
jlamarca@wilco.org

## NO. 03-14-00252-CR

| | | |
|---|---|---|
| **JOHN JOSEPH FOSTER** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **VS.** | § | **FOR THE THIRD DISTRICT** |
| | § | |
| **THE STATE OF TEXAS** | § | **OF TEXAS** |

## MOTION FOR EXTENSION OF TIME TO FILE STATE'S BRIEF

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

The State of Texas by and through its attorney, Dee Hobbs, Williamson County Attorney, files this Motion to Extend Time for Filing State's Brief, and in support of this motion, would respectfully show the following:

1. The State's current deadline for filing its State's Brief is April1, 2015.

2. This is the State's third request for an extension of time.

3. The undersigned Assistant County Attorney has numerous matters on appeal at different stages in the various Courts of Appeals of Texas. Furthermore, the undersigned Assistant County Attorney continues to be required in the courtroom to assist with dockets, to answer and research questions from law enforcement and other prosecutors, respond to petitioners' writs of habeas corpus and represent applicants for protective orders.

For the above-mentioned reasons, the undersigned Assistant County Attorney has not had sufficient time to research the applicable law and prepare an adequate brief by the current deadline of April 1, 2015.

THEREFORE, the State requests that the Court grant this motion and extend the deadline for filing the brief of Appellee for thirty (30) days beyond the original deadline imposed.

SIGNED this the 1st day of April, 2015.

Respectfully submitted,

/s/ James J. LaMarca
JAMES J. LAMARCA
Assistant County Attorney
Williamson County, Texas
SBN: 24074568
405 Martin Luther King, # 7
Georgetown, Texas 78626
PHONE: (512) 943-1111
FAX: (512) 943-1120
jlamarca@wilco.org

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this State's Motion to Extend Time for Filing State's Brief was served upon Kristen Jernigan, Appellant's attorney of record, by electronic service to Kristen@txcrimapp.com, on April 1, 2015.

/s/ James J. LaMarca
JAMES J. LAMARCA

## AFFIDAVIT OF VERIFICATION

BEFORE ME, Notary Public in and for the State and County

aforesaid, on this day personally appeared the undersigned affiant who, after

being duly sworn, deposes and says the following:

"My name is James J. LaMarca. I am an Assistant County
Attorney for Williamson County, Texas. I have read the above
Motion to Extend Time for Filing State's Brief and swear that it
is true base on my personal knowledge of the fact recited
therein."

James J. LaMarca
Assistant County Attorney
Williamson County, Texas

This instrument was sworn to and subscribed before me, this the 1ˢᵗ day of

April, 2015.



BOBBIE BYERLY
Notary Public, State of Texas
My Commission Expires
OCTOBER 22, 2017

_____
NOTARY PUBLIC